# U.S. District Court
## Southern District of Iowa (Eastern)
## CRIMINAL DOCKET FOR CASE #: 3:22–cr–00036–SMR–SBJ–1
### *Internal Use Only*

Case title: USA v. Woods, et al.

Date Filed: 04/11/2022

Date Terminated: 01/16/2024

Assigned to: Chief Judge Stephanie M. Rose
Referred to: Magistrate Judge Stephen B. Jackson, Jr

**Defendant (1)**

| | | |
|---|---|---|
| **David Michael Woods**<br>*Pro Se Defendant with Standby Counsel*<br>*TERMINATED: 01/16/2024* | represented by | **David Michael Woods**<br>#32174<br>Muscatine County Jail<br>400 Walnut Street<br>Muscatine, IA 52761–4241<br>PRO SE |

**Terence L. McAtee**
FEDERAL PUBLIC DEFENDER
101 W SECOND STREET
SUITE 401
DAVENPORT, IA 52801
563–322–8931
Fax: 563–383–0052
Email: terry_mcatee@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Murray W Bell**
ATTORNEY AT LAW, MURRAY W. BELL
2435 KIMBERLY ROAD
SUITE 235 SOUTH
BETTENDORF, IA 52722
563 326 4095
Fax: 563–594–5180
Email: mwbell@kirkwoodlaw.com
*TERMINATED: 10/03/2022*
*Designation: Retained*

**Pending Counts**

SEXUAL EXPLOITATION OF CHILDREN – 18:2251(a), 2251(e)
Production of Child Pornography
(1)

**Disposition**

Defendant is sentenced to the custody of the BOP for a term of 1,200 months, consisting of 360 months as to Count One, 360 months as to Count Two, 240 months as to Count Three, and 240 months as to Count Five, to be served consecutively with each other. Upon release, Defendant shall serve a term of 10 years of supervised release as to each of Counts 1, 2, 3, and 5, all to be served concurrently. $400 Special Assessment ($100 per count). $2,500 AVAA Assessment.

| | |
|---|---|
| SEXUAL EXPLOITATION OF CHILDREN – 18:2251(a), 2251(e) Production of Child Pornography (2) | Defendant is sentenced to the custody of the BOP for a term of 1,200 months, consisting of 360 months as to Count One, 360 months as to Count Two, 240 months as to Count Three, and 240 months as to Count Five, to be served consecutively with each other. Upon release, Defendant shall serve a term of 10 years of supervised release as to each of Counts 1, 2, 3, and 5, all to be served concurrently. $400 Special Assessment ($100 per count). $2,500 AVAA Assessment. |
| ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO – 18:2252(a)(2), 2252(b)(1) Distribution of Child Pornography (3) | Defendant is sentenced to the custody of the BOP for a term of 1,200 months, consisting of 360 months as to Count One, 360 months as to Count Two, 240 months as to Count Three, and 240 months as to Count Five, to be served consecutively with each other. Upon release, Defendant shall serve a term of 10 years of supervised release as to each of Counts 1, 2, 3, and 5, all to be served concurrently. $400 Special Assessment ($100 per count). $2,500 AVAA Assessment. |
| ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO – 18:2252(a)(4)(B), 2252(b)(2) Possession of Child Pornography (5) | Defendant is sentenced to the custody of the BOP for a term of 1,200 months, consisting of 360 months as to Count One, 360 months as to Count Two, 240 months as to Count Three, and 240 months as to Count Five, to be served consecutively with each other. Upon release, Defendant shall serve a term of 10 years of supervised release as to each of Counts 1, 2, 3, and 5, all to be served concurrently. $400 Special Assessment ($100 per count). $2,500 AVAA Assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | | |
|---|---|---|
| USA | represented by | **Andrea Leigh Glasgow** |
| | | UNITED STATES ATTORNEY'S OFFICE – DAV |
| | | 131 East 4th Street |
| | | Suite 310 |
| | | Davenport, IA 52801 |
| | | 563–449–5432 |
| | | Fax: 563–449–5433 |
| | | Email: andrea.glasgow@usdoj.gov |
| | | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Government – Federal*

**Craig P. Gaumer**
UNITED STATES ATTORNEY'S
OFFICE – DSM
110 E COURT AVE
SUITE 286
DES MOINES, IA 50309
515–473–9300
Fax: 515–473–9292
Email: craig.gaumer@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government – Federal*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2022 | | Judge update in case as to David Michael Woods, Jason Richard Heider. Chief Judge Stephanie M. Rose and Magistrate Judge Stephen B. Jackson, Jr added. (sml) (Entered: 04/11/2022) |
| 04/13/2022 | 1 | SEALED INDICTMENT as to David Michael Woods (1) on Count(s) 1–2, 3, and 5; Jason Richard Heider (2) on Count(s) 1, 4, and 6. (sml) (Main Document 1 replaced due to clerical error with receive stamp on 5/12/2022) (bp). (Entered: 04/14/2022) |
| 04/13/2022 | 2 | REDACTED INDICTMENT by USA as to David Michael Woods (1), Jason Richard Heider (2). (sml) (Main Document 2 replaced due to clerical error with receive stamp on 5/12/2022) (bp). (Entered: 04/14/2022) |
| 04/13/2022 | 3 | TEXT Minute Entry for proceedings held before Magistrate Judge Stephen B. Jackson, Jr: Grand Jury Presentment as to David Michael Woods (1), Jason Richard Heider (2) held on 4/13/2022. Secret. Warrant to be issued. Government requested detention. AUSA present: William R. Ripley. CRD: B. Phillips. Time in Court 4:19–4:24 pm. (Court Reporter None.) (sml) (Entered: 04/14/2022) |
| 04/19/2022 | 6 | TEXT ORDER as to David Michael Woods. Initial Appearance set for April 19, 2022 at 03:00 PM in Davenport – Room 242 – 2nd Floor – Video Proceeding before Magistrate Judge Stephen B. Jackson, Jr.. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 4/19/2022. (cmb) (Entered: 04/19/2022) |
| 04/19/2022 | | Arrest of David Michael Woods. (slt) (Entered: 04/19/2022) |
| 04/19/2022 | | Case unsealed as to David Michael Woods. (slt) (Entered: 04/19/2022) |
| 04/19/2022 | 9 | NOTICE OF ATTORNEY APPEARANCE: Retained Counsel Murray W Bell appearing for David Michael Woods (Bell, Murray) (Entered: 04/19/2022) |
| 04/19/2022 | 14 | Minute Entry for proceedings held before Magistrate Judge Stephen B. Jackson, Jr: Initial Appearance as to Defendant David Michael Woods held on 4/19/2022. Attorney Murray W. Bell for defendant. Arraignment and Detention Hearings set for 4/22/2022 12:30 PM in Davenport – Room 242 – 2nd Floor before Magistrate Judge Stephen B. Jackson Jr.(Court Reporter FTR Gold–242.) (slt) (Main Document 14 replaced on 4/20/2022, to edit text box. Court did not proceed to detention hearing at this time. (sml)). (Entered: 04/19/2022) |
| 04/19/2022 | 15 | RULE 5 ORDER as to David Michael Woods. Signed by Magistrate Judge Stephen B. Jackson, Jr on 4/19/2022. (slt) (Entered: 04/19/2022) |
| 04/19/2022 | 16 | ORAL MOTION for Detention by USA as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (slt) (Entered: 04/19/2022) |
| 04/19/2022 | 17 | ORDER OF TEMPORARY DETENTION as to David Michael Woods. Signed by Magistrate Judge Stephen B. Jackson, Jr on 4/19/2022. Arraignment and Detention Hearings set for 4/22/2022 12:30 PM in Davenport – Room 242 – 2nd Floor before Magistrate Judge Stephen B. Jackson Jr. (slt) (Entered: 04/19/2022) |
| 04/19/2022 | 18 | Warrant of Arrest Returned Executed on 04/18/2022 in case as to David Michael Woods. (sml) (Entered: 04/19/2022) |

| | | |
|---|---|---|
| 04/20/2022 | 20 | STIPULATED DISCOVERY AND PROTECTIVE ORDER as to David Michael Woods. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 4/20/2022. (cmb) (Entered: 04/20/2022) |
| 04/21/2022 | 21 | Bail/Bond Report (Sealed) as to David Michael Woods. (Johnson, Jennifer) (Entered: 04/21/2022) |
| 04/22/2022 | 23 | Minute Entry for proceedings held before Magistrate Judge Stephen B. Jackson, Jr: Arraignment as to David Michael Woods (1) on Counts 1–2, 3, and 5 held on 4/22/2022. (Court Reporter Deb Thornburg.) (sml) (Entered: 04/22/2022) |
| 04/22/2022 | 24 | TEXT ORDER SETTING TRIAL as to David Michael Woods : Jury Trial set for 5/31/2022 09:00 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Discovery Deadline 5/3/2022. Reciprocal Discovery due by 5/10/2022. Pretrial Motion Deadline 5/10/2022. Plea Notification due by 5/10/2022. Plea Entry by 5/17/2022. Signed by Magistrate Judge Stephen B. Jackson, Jr on 4/22/2022. (sml) (Entered: 04/22/2022) |
| 04/22/2022 | 25 | Minute Entry for proceedings held before Magistrate Judge Stephen B. Jackson, Jr: Detention Hearing as to David Michael Woods held on 4/22/2022. (Court Reporter Deb Thornburg.) (sml) (Entered: 04/22/2022) |
| 04/22/2022 | 26 | ORDER OF DETENTION PENDING TRIAL and granting 16 Oral Motion for Detention as to David Michael Woods (1). Defendant waives detention hearing without prejudice at this time. Signed by Magistrate Judge Stephen B. Jackson, Jr on 4/22/2022. (sml) (Entered: 04/22/2022) |
| 05/10/2022 | 33 | First MOTION to Continue Trial *(Unopposed by the Government and codefendant Heider)* as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (Bell, Murray) (Entered: 05/10/2022) |
| 05/12/2022 | 35 | ORDER TO CONTINUE – Ends of Justice as to Defendant David Michael Woods, Jason Richard Heider. Jury Trial is set for 9/6/2022 at 09:00 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Pretrial Motion Deadline 8/8/2022. Plea Notification due by 8/15/2022. Plea Entry due by 8/22/2022. Signed by Chief Judge Stephanie M. Rose on 5/12/2022. (mkh) (Entered: 05/12/2022) |
| 08/08/2022 | 45 | Second MOTION to Continue Trial *(Unopposed by the Government)* as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (Bell, Murray) (Entered: 08/08/2022) |
| 08/15/2022 | 46 | ORDER granting 45 Unresisted Motion to Continue Trial as to David Michael Woods. Jury Trial is set for 10/31/2022 at 09:00 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Pretrial Motion Deadline 10/3/2022. Plea Notification due by 10/11/2022. Plea Entry due by 10/17/2022. Signed by Chief Judge Stephanie M. Rose on 8/15/2022. (mkh) (Entered: 08/15/2022) |
| 09/30/2022 | 53 | First MOTION for Withdrawal of Attorney as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (Bell, Murray) (Entered: 09/30/2022) |
| 09/30/2022 | 54 | TEXT ORDER as to David Michael Woods re 53 Defendant's Motion to Withdraw as Counsel filed by David Michael Woods. Defense counsel is directed to file a supplement to the motion to withdraw by *October 3, 2022*. The Court notes defense counsel is retained. Therefore, defense counsel is directed to clarify if Defendant Woods is requesting him to withdraw. If so, counsel is directed to clarify if Defendant Woods requests court appointed counsel. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 9/30/2022. (cmb) (Entered: 09/30/2022) |
| 09/30/2022 | 55 | MOTION for Withdrawal of Attorney *Supplement to the Motion to Withdraw* as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (Bell, Murray) (Entered: 09/30/2022) |
| 10/03/2022 | 56 | TEXT ORDER SETTING TELEPHONIC STATUS CONFERENCE as to David Michael Woods: A Telephonic Status Conference shall be held on October 3, 2022 at 3:00 PM, with counsel only, to discuss 53 and 55 Defendant's Motion to Withdraw as Counsel. To join the telephonic status conference, counsel shall call 866–590–5055 and utilize access code 8811585. The telephonic status conference will be held before Magistrate Judge Stephen B. Jackson, Jr.. Signed by Magistrate Judge Stephen B. |

| | | |
|---|---|---|
| | | Jackson, Jr. on 10/3/2022. (cmb) (Entered: 10/03/2022) |
| 10/03/2022 | 57 | Text Minute Entry for proceedings held before Magistrate Judge Stephen B. Jackson, Jr: Telephonic Status Conference as to David Michael Woods held on 10/3/2022. Present for the government by telephone is Andrea Glasgow. Present for Defendant by telephone is Murray Bell. Court addresses the Motion to Withdraw and supplement filed by attorney Bell. Attorney Bell provides support for his motion. Court GRANTS the motion to withdraw, 53 and 55 . Court directs the Clerk's Office to appoint CJA counsel for Defendant. (Court Reporter FTR Gold – 242.) (Time in Court: 3:04–3:09 pm) (sml) (Entered: 10/03/2022) |
| 10/03/2022 | 58 | TEXT ORDER granting 53 Motion to Withdraw as Attorney as to David Michael Woods; granting 55 Motion (Supplement) to Withdraw as Attorney as to David Michael Woods. The Clerk shall appoint CJA counsel for Defendant. Signed by Magistrate Judge Stephen B. Jackson, Jr on 10/3/2022. *Copy of this Text Order and the NEF sent to Defendant Woods at Muscatine County Jail, 400 Walnut St., Muscatine, IA 52761.* (sml) (Entered: 10/03/2022) |
| 10/03/2022 | 59 | CJA 23 Financial Affidavit as to David Michael Woods. (sml) (Entered: 10/03/2022) |
| 10/03/2022 | 60 | ORDER FOR APPOINTMENT OF COUNSEL as to David Michael Woods. Terence L. McAtee for David Michael Woods appointed. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 10/3/2022. (sml) (Entered: 10/03/2022) |
| 10/04/2022 | 61 | NOTICE OF ATTORNEY APPEARANCE: FPD Terence L. McAtee appearing for David Michael Woods (McAtee, Terence) (Entered: 10/04/2022) |
| 10/04/2022 | 64 | STIPULATED DISCOVERY AND PROTECTIVE ORDER as to David Michael Woods. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 10/4/2022. (cmb) (Entered: 10/04/2022) |
| 10/11/2022 | 65 | Unresisted MOTION to Continue Trial , *Pretrial Motion Deadline and Guilty Plea Deadline* as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (McAtee, Terence) (Entered: 10/11/2022) |
| 10/13/2022 | 66 | ORDER granting 65 Unresisted Motion to Continue Trial as to David Michael Woods. Jury Trial is set for 1/30/2023 at 09:00 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Pretrial Motion Deadline 1/3/2023. Plea Notification due by 1/9/2023. Plea Entry due by 1/17/2023. Signed by Chief Judge Stephanie M. Rose on 10/13/2022. (mkh) (Entered: 10/13/2022) |
| 01/03/2023 | 69 | MOTION to Suppress *Evidence and Request for Evidentiary Hearing* as to David Michael Woods. Responses due by 1/10/2023. (Attachments: # 1 Brief in Support)(McAtee, Terence) (Entered: 01/03/2023) |
| 01/03/2023 | 70 | MOTION for Leave to File under Seal as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (McAtee, Terence) (Entered: 01/03/2023) |
| 01/03/2023 | 71 | TEXT ORDER granting 70 Defendant's Motion to File Exhibits Under Seal as to David Michael Woods. Defendant is hereby granted leave to file under seal the exhibits specified in the motion. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 1/3/2023. (cmb) (Entered: 01/03/2023) |
| 01/03/2023 | 72 | *SEALED* ELECTRONIC EXHIBITS *A–G* as to David Michael Woods re 69 MOTION to Suppress *Evidence and Request for Evidentiary Hearing* (McAtee, Terence) (Entered: 01/03/2023) |
| 01/10/2023 | 73 | Unresisted MOTION for Extension *of Time to Respond to Motion to Suppress and Request for Evidentiary Hearing* by USA as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. Responses due by 1/17/2023. (Glasgow, Andrea) (Entered: 01/10/2023) |
| 01/10/2023 | 74 | TEXT ORDER granting 73 Government's Motion for Extension of Time to Respond as to David Michael Woods. The government's deadline to respond to Defendant's Motion 69 is January 17, 2023. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 1/10/2023. (cmb) (Entered: 01/10/2023) |

| | | |
|---|---|---|
| 01/11/2023 | 75 | MOTION for Leave to File under Seal by USA as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (Glasgow, Andrea) (Entered: 01/11/2023) |
| 01/11/2023 | 76 | TEXT ORDER granting 75 Government's Motion for Leave to File under Government's Response to Defendant's Motion to Suppress Under Seal as to David Michael Woods. The government is hereby granted leave to file under seal the response specified in the motion. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 1/11/2023. (cmb) (Entered: 01/11/2023) |
| 01/13/2023 | 77 | Unresisted MOTION to Continue Trial *and Plea Entry Deadline* as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (McAtee, Terence) (Entered: 01/13/2023) |
| 01/13/2023 | 78 | RESPONSE in Opposition/Resistance by USA as to David Michael Woods re 69 MOTION to Suppress *Evidence and Request for Evidentiary Hearing* Replies due by 1/20/2023. (Glasgow, Andrea) (Entered: 01/13/2023) |
| 01/17/2023 | 79 | ORDER granting 77 Unresisted Motion to Continue Trial as to David Michael Woods. Jury Trial is set for 5/1/2023 at 09:00 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Pretrial Motion Deadline 4/3/2023. Plea Notification due by 4/10/2023. Plea Entry due by 4/17/2023. Signed by Chief Judge Stephanie M. Rose on 1/17/2023. (mkh) (Entered: 01/17/2023) |
| 02/13/2023 | 81 | ORDER denying 69 Motion to Suppress as to David Michael Woods. See Order for details. Signed by Chief Judge Stephanie M. Rose on 2/13/2023. (mne) (Entered: 02/13/2023) |
| 04/03/2023 | 84 | Unresisted MOTION to Continue Trial , *Pretrial Motion Deadline and Guilty Plea Deadline* as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (McAtee, Terence) (Entered: 04/03/2023) |
| 04/03/2023 | 85 | ORDER granting 84 Unresisted Motion to Continue Trial as to David Michael Woods. Jury Trial is set for 6/5/2023 at 09:00 am in Davenport – Room 120 – 1st floor before Chief Judge Stephanie M. Rose. Pretrial Motion Deadline 5/8/2023. Plea Notification due by 5/15/2023. Plea Entry due by 5/22/2023. Signed by Chief Judge Stephanie M. Rose on 4/3/2023. (mkh) Modified on 4/3/2023 to update courtroom location (mkh). (Entered: 04/03/2023) |
| 05/08/2023 | 89 | MOTION for Withdrawal of Attorney *and Request for Faretta Hearing* as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (McAtee, Terence) (Entered: 05/08/2023) |
| 05/08/2023 | 90 | TEXT ORDER SETTING HEARING ON MOTION as to David Michael Woods re 89 Defendant's Motion to Withdraw as Counsel and Request for Faretta Hearing filed by David Michael Woods. The Motion Hearing is set for May 10, 2023 at 1:45 PM in Davenport – Room 242 – 2nd Floor before Magistrate Judge Stephen B. Jackson, Jr.. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 5/8/2023. (cmb) (Entered: 05/08/2023) |
| 05/10/2023 | 91 | Minute Entry for proceedings held before Magistrate Judge Stephen B. Jackson, Jr: Motion Hearing as to David Michael Woods held on 5/10/2023, re: 89 MOTION for Withdrawal of Attorney *and Request for Faretta Hearing* filed by David Michael Woods. (Court Reporter Theresa Kenkel.) (bp) (Entered: 05/10/2023) |
| 05/10/2023 | 92 | TEXT ORDER granting 89 Motion to Withdraw as Attorney as to David Michael Woods (1). Defendant shall proceed Pro Se with the Federal Defender's Office as stand by counsel. Signed by Magistrate Judge Stephen B. Jackson, Jr on 5/10/2023. (bp) (Entered: 05/10/2023) |
| 05/10/2023 | 93 | JOINT ORAL MOTION to Continue Trial by USA, David Michael Woods as to David Michael Woods. Motion referred to Stephen B. Jackson, Jr. (bp) (Entered: 05/10/2023) |
| 05/11/2023 | 94 | TEXT ORDER granting 93 Joint Oral Motion to Continue Trial as to David Michael Woods. Jury Trial currently scheduled for June 5, 2023, and all related deadlines, is continued without date and will be reset by future order of the Court. Signed by Chief Judge Stephanie M. Rose on 5/11/2023. (mkh) (Entered: 05/11/2023) |

| 05/11/2023 | 95 | TEXT ORDER as to David Michael Woods. At the request of Defendant, without objections by the government, the Pretrial Motion Deadline is extended to May 22, 2023. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 5/11/2023. (cmb) Modified on 5/11/2023 – added Document Number (rm). (Entered: 05/11/2023) |
|---|---|---|
| 05/17/2023 | | Terminate Deadlines and Hearings as to David Michael Woods: Jury Trial continued without date per Order 94 . (kmc) (Entered: 05/17/2023) |
| 05/17/2023 | 97 | TEXT ORDER as to David Michael Woods. Status Hearing is set for 5/31/2023 at 02:00 PM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 3/17/2023. (mkh) (Entered: 05/17/2023) |
| 05/22/2023 | 101 | PRO SE MOTION to Produce Rule 5 Material as to David Michael Woods. Motion referred to Stephen B. Jackson, Jr. Responses due by 5/30/2023. (rm) (Entered: 05/22/2023) |
| 05/22/2023 | 102 | PRO SE MOTION to Return Property as to David Michael Woods. Motion referred to Stephen B. Jackson, Jr. Responses due by 5/30/2023. (Attachments: # 1 Exhibits 1–3) (rm) (Entered: 05/22/2023) |
| 05/22/2023 | 103 | PRO SE MOTION to Suppress as to David Michael Woods. Responses due by 5/30/2023. (Attachments: # 1 Exhibits) (rm) (Entered: 05/22/2023) |
| 05/22/2023 | 104 | PRO SE BRIEF by David Michael Woods re 103 MOTION to Suppress. (Attachments: # 1 Exhibits)(rm) (Entered: 05/22/2023) |
| 05/26/2023 | 105 | TEXT ORDER as to David Michael Woods. Due to a scheduling conflict in the Court's calendar, Status Hearing is RE–set for 6/22/2023 at 09:00 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 5/26/2023. Copy of this Order was mailed to Defendant Woods at the Muscatine County Jail. (mkh) (Entered: 05/26/2023) |
| 05/26/2023 | 106 | Unresisted MOTION for Extension *OF TIME FOR FILING RESPONSE TO PRO SE MOTIONS* by USA as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. Responses due by 6/2/2023. (Glasgow, Andrea) (Entered: 05/26/2023) |
| 05/26/2023 | 107 | TEXT ORDER granting 106 Government's Motion for Extension of Time to Respond as to David Michael Woods. The government's response deadline to Defendant's Pro–Se Motions 101 , 102 and 103 is June 13, 2023. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 5/26/2023. (cmb) (Entered: 05/26/2023) |
| 05/30/2023 | 109 | RESPONSE in Opposition/Resistance by USA as to David Michael Woods re 102 MOTION to Return Property Replies due by 6/6/2023. (Glasgow, Andrea) (Entered: 05/30/2023) |
| 06/01/2023 | 110 | MOTION for Leave to File under Seal by USA as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (Glasgow, Andrea) (Entered: 06/01/2023) |
| 06/01/2023 | 111 | TEXT ORDER granting 110 Government's Motion for Leave to File Motion to Produce Rule 5 Materials Under Seal as to David Michael Woods. The government is hereby granted leave to file under seal the response specified in the motion. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 6/1/2023. (cmb) (Entered: 06/01/2023) |
| 06/02/2023 | 112 | RESPONSE to Motion by USA as to David Michael Woods re 101 MOTION to Produce Rule 5 Material Replies due by 6/9/2023. (Attachments: # 1 Exhibit Gov. Ex. 2)(Glasgow, Andrea) (Entered: 06/02/2023) |
| 06/02/2023 | 113 | RESPONSE in Opposition/Resistance by USA as to David Michael Woods re 103 MOTION to Suppress Replies due by 6/9/2023. (Glasgow, Andrea) (Entered: 06/02/2023) |
| 06/02/2023 | 114 | ELECTRONIC EXHIBITS *1* as to David Michael Woods re 113 Response in Opposition/Resistance (Glasgow, Andrea) (Entered: 06/02/2023) |
| 06/05/2023 | 115 | TEXT ORDER SETTING HEARING ON MOTION as to David Michael Woods. A motion hearing regarding 101 MOTION to Produce Rule 5 Material, 102 MOTION to Return Property, and 103 MOTION to Suppress is set for 6/22/2023 at 08:30 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Signed by |

| | | Chief Judge Stephanie M. Rose on 6/5/2023. (mkh) (Entered: 06/05/2023) |
|---|---|---|
| 06/06/2023 | 116 | PRO SE REPLY TO RESPONSE to Motion by David Michael Woods re 102 MOTION to Return Property.(rm) (Entered: 06/06/2023) |
| 06/14/2023 | 117 | PRO SE REPLY TO RESPONSE to Motion by David Michael Woods re 103 MOTION to Suppress (Attachments: # 1 Exhibits, # 2 Affidavit)(rm) (Entered: 06/14/2023) |
| 06/19/2023 | 118 | TEXT ORDER RESETTING HEARING ON MOTION as to David Michael Woods. A motion hearing regarding 101 PRO SE MOTION to Produce Rule 5 Material, 102 PRO SE MOTION to Return Property, and 103 PRO SE MOTION to Suppress is RE–set for 6/20/2023 11:00 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. This is a change in time and date only. Signed by Chief Judge Stephanie M. Rose on 6/19/2023.A copy of this order will be mailed to defendant Woods at the Muscatine County Jail. (mkh) (Entered: 06/19/2023) |
| 06/20/2023 | 119 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Motion Hearing as to David Michael Woods held on 6/20/2023 re 103 MOTION to Suppress filed by David Michael Woods, 102 MOTION to Return Property filed by David Michael Woods, and 101 MOTION to Produce Rule 5 Material filed by David Michael Woods. (Court Reporter Tonya Gerke.) (rm) (Main Document 119 replaced on 6/20/2023 – corrected text) (rm). (Entered: 06/20/2023) |
| 06/21/2023 | 120 | ORDER TO CONTINUE – Ends of Justice as to Defendant David Michael Woods. Jury Trial is set for 9/25/2023 at 09:00 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. This is a firm trial. Pretrial Motion Deadline 8/28/2023. Plea Notification due by 8/25/2023. Plea Entry due by 9/11/2023. Final Pretrial Conference is set for 9/20/2023 at 10:00 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. An additional Final Pretrial Conference is set for 9/25/2023 at 08:30 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 6/21/2023. A copy of this Order was mailed to Pro Se Defendant Woods at the Muscatine County Jail on 6/21/2023. (mkh) (Entered: 06/21/2023) |
| 07/11/2023 | 121 | PRO SE MOTION for Detention Hearing as to David Michael Woods. Responses due by 7/18/2023. (slt) (Entered: 07/11/2023) |
| 07/11/2023 | 122 | PRO SE MOTION to Suppress as to David Michael Woods. Responses due by 7/18/2023. (Attachments: # 1 Brief in Support of Motion to Suppress, # 2 Exhibits) (slt) (Entered: 07/11/2023) |
| 07/11/2023 | 124 | RESPONSE in Opposition/Resistance by USA as to David Michael Woods re 122 MOTION to Suppress Replies due by 7/18/2023. (Glasgow, Andrea) (Entered: 07/11/2023) |
| 07/11/2023 | 125 | TEXT ORDER granting 121 Defendant's Motion for Detention Hearing as to David Michael Woods. The Detention Hearing is set for July 18, 2023 at 01:30 PM in Davenport – Room 242 – 2nd Floor before Magistrate Judge Stephen B. Jackson, Jr.. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 7/11/2023. (cmb) (Entered: 07/11/2023) |
| 07/18/2023 | 127 | Minute Entry for proceedings held before Magistrate Judge Stephen B. Jackson, Jr: Detention Hearing as to David Michael Woods held on 7/18/2023. (Court Reporter Kelli Mulcahy.) (bp) (Entered: 07/18/2023) |
| 07/18/2023 | 128 | ORDER OF DETENTION as to David Michael Woods Signed by Magistrate Judge Stephen B. Jackson, Jr on 7/18/2023. (bp) (Entered: 07/18/2023) |
| 08/21/2023 | 135 | TEXT ORDER as to David Michael Woods. Due to a scheduling conflict with the Court's calendar, Final Pretrial Conference is RE–set for 9/21/2023 at 09:00 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 8/21/2023. A copy of this Order was mailed to Pro Se Defendant Woods at the Muscatine County Jail on 8/21/2023. (mkh) (Entered: 08/21/2023) |
| 08/28/2023 | 136 | PRO SE MOTION to Provide Rule 5 Material as to David Michael Woods. Motion referred to Stephen B. Jackson, Jr. Responses due by 9/5/2023. (rm) (Entered: |

| | | |
|---|---|---|
| | | 08/28/2023) |
| 08/28/2023 | <u>137</u> | PRO SE MOTION to Produce Rule 5 Discovery Materials as to David Michael Woods. Motion referred to Stephen B. Jackson, Jr. Responses due by 9/5/2023. (rm) (Entered: 08/28/2023) |
| 08/28/2023 | 138 | TEXT ORDER directing the government to file an expedited response re <u>136</u> PRO SE MOTION to Provide Rule 5 Material; <u>137</u> PRO SE MOTION to Produce Rule 5 Discovery Materials as to David Michael Woods. Any response is due by no later than Noon on August 31, 2023. Signed by Chief Judge Stephanie M. Rose on 8/28/2023. A copy of order was mailed to Defendant David Michael Woods #32174 Muscatine County Jail – at the address provided on the docket. (mkh) (Entered: 08/28/2023) |
| 08/28/2023 | <u>139</u> | NOTICE *OF EXPERT WITNESSES* as to David Michael Woods (Attachments: # <u>1</u> Harre Expert Notice, # <u>2</u> Harre CV, # <u>3</u> Valladares Expert Notice, # <u>4</u> Valladares CV, # <u>5</u> Valladares Testimony List, # <u>6</u> Junge Expert Notice, # <u>7</u> Junge CV, # <u>8</u> Manion Expert Notice, # <u>9</u> Manion CV)(Glasgow, Andrea) (Entered: 08/28/2023) |
| 08/28/2023 | 140 | TEXT ORDER SETTING HEARING ON MOTION as to David Michael Woods. Motion Hearing re <u>137</u> PRO SE MOTION to Produce Rule 5 Discovery Materials, <u>136</u> PRO SE MOTION to Provide Rule 5 Material is set for 9/1/2023 at 12:00 PM in Davenport – Room 140 – 1st Floor before Chief Judge Stephanie M. Rose. Defendant shall be present for the hearing. Signed by Chief Judge Stephanie M. Rose on 8/28/2023. A copy of order was mailed to defendant David Michael Woods #32174 Muscatine County Jail – at the address provided on the docket. (mkh) (Entered: 08/28/2023) |
| 08/30/2023 | <u>141</u> | NOTICE of Intent to Use Evidence as to David Michael Woods (Attachments: # <u>1</u> Brief in Support Admission of Evidence)(Glasgow, Andrea) (Entered: 08/30/2023) |
| 08/30/2023 | <u>142</u> | RESPONSE to Motion by USA as to David Michael Woods re <u>136</u> MOTION to Provide Rule 5 Material, <u>137</u> MOTION to Produce Rule 5 Discovery Materials Replies due by 9/6/2023. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3)(Glasgow, Andrea) (Entered: 08/30/2023) |
| 08/31/2023 | <u>143</u> | ORDER denying <u>122</u> Defendant's Motion to Suppress as to David Michael Woods. See Order for details. Signed by Chief Judge Stephanie M. Rose on 8/31/2023. (mne) (Entered: 08/31/2023) |
| 08/31/2023 | 144 | TEXT ORDER SETTING HEARING ON MOTION as to David Michael Woods. Motion Hearing re <u>137</u> PRO SE MOTION to Produce Rule 5 Discovery Materials, <u>136</u> PRO SE MOTION to Provide Rule 5 Material is set for 9/1/2023 at 12:00 PM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Defendant shall be present for the hearing. THIS IS A CHANGE IN LOCATION ONLY. Signed by Chief Judge Stephanie M. Rose on 8/31/2023. A copy of order was mailed to defendant David Michael Woods #32174 Muscatine County Jail – at the address provided on the docket and will be handed to the defendant at the time of the hearing. (mkh) (Entered: 08/31/2023) |
| 09/01/2023 | <u>145</u> | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Motion Hearing as to David Michael Woods held on 9/1/2023 re <u>137</u> MOTION to Produce Rule 5 Discovery Materials filed by David Michael Woods and <u>136</u> MOTION to Provide Rule 5 Material filed by David Michael Woods. (Court Reporter Kelli Mulcahy.) (bp) (Entered: 09/01/2023) |
| 09/08/2023 | <u>146</u> | Proposed Jury Instructions by USA as to David Michael Woods (Glasgow, Andrea) (Entered: 09/08/2023) |
| 09/11/2023 | <u>147</u> | PRO SE MOTION to Oppose Government's Intent to Offer Certain Evidence and PRO SE MOTION in Limine as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. Responses due by 9/18/2023. (rm). (Entered: 09/11/2023) |
| 09/11/2023 | <u>148</u> | PRO SE MOTION to Compel as to David Michael Woods. Motion referred to Stephen B. Jackson, Jr. Responses due by 9/25/2023. (rm) (Entered: 09/11/2023) |
| 09/11/2023 | <u>149</u> | MOTION in Limine by USA as to David Michael Woods. Responses due by 9/18/2023. (Glasgow, Andrea) (Entered: 09/11/2023) |

| 09/12/2023 | 150 | NOTICE *SUPPLEMENTAL* as to David Michael Woods re 139 Notice (Other), (Attachments: # 1 Supplement Dr. Harre Expert Notice SIGNED)(Glasgow, Andrea) (Entered: 09/12/2023) |
|---|---|---|
| 09/13/2023 | 152 | Emergency MOTION for Discovery *CLARIFICATION* by USA as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. Responses due by 9/20/2023. (Glasgow, Andrea) (Entered: 09/13/2023) |
| 09/13/2023 | 153 | TEXT ORDER re 152 Government's Emergency Motion for Discovery Clarification. The Government's understanding of the Court's order regarding discovery as to David Michael Woods is correct. Signed by Chief Judge Stephanie M. Rose on 9/13/2023. A copy of order was mailed to defendant David Michael Woods #32174 Muscatine County Jail – at the address provided on the docket. (mkh) (Entered: 09/13/2023) |
| 09/14/2023 | 155 | PRO SE MOTION Challenging Admission of Audio and/or Video as to David Michael Woods. Motion referred to Stephen B. Jackson, Jr. Responses due by 9/21/2023. (rm) (Entered: 09/14/2023) |
| 09/14/2023 | 156 | RESPONSE to Motion by USA as to David Michael Woods re 155 MOTION Challenging Admission of Audio and/or Video Replies due by 9/21/2023. (Glasgow, Andrea) (Entered: 09/14/2023) |
| 09/19/2023 | 157 | PRO SE RESPONSE in Opposition/Resistance by David Michael Woods re 149 MOTION in Limine. Replies due by 9/26/2023. (rm) (Entered: 09/19/2023) |
| 09/19/2023 | 158 | TRIAL BRIEF by USA as to David Michael Woods (Glasgow, Andrea) (Entered: 09/19/2023) |
| 09/19/2023 | 159 | PRO SE TRIAL BRIEF by David Michael Woods. (rm) (Entered: 09/19/2023) |
| 09/19/2023 | 160 | NOTICE *PURSUANT TO RULE 902(11)* as to David Michael Woods (Attachments: # 1 Affidavit Certification in Support of Authenticity of Data Copied from an Electronic Device)(Glasgow, Andrea) (Entered: 09/19/2023) |
| 09/20/2023 | 161 | Sealed Document as to David Michael Woods – Email correspondence re draft Preliminary Jury Instructions and proposed judicial voir dire questions. USMS provided a copy to Defendant Woods at the Muscatine Co. Jail. (mkh) (Entered: 09/20/2023) |
| 09/20/2023 | 162 | Sealed Document as to David Michael Woods – Email correspondence re final pretrial conference. A copy of the document will be handed to the defendant at the time of the hearing. (mkh) (Entered: 09/20/2023) |
| 09/20/2023 | 163 | TEXT ORDER as to David Michael Woods. The Final Pretrial Conference is RE–set for 9/21/2023 at 08:30 AM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 9/20/2023. This is a change in time only. (mkh) (Entered: 09/20/2023) |
| 09/20/2023 | 164 | PRO SE MOTION for Clarification as to David Michael Woods. Motion referred to Stephen B. Jackson, Jr. Responses due by 9/27/2023. (rm) (Entered: 09/20/2023) |
| 09/20/2023 | 165 | EXHIBIT LIST by USA as to David Michael Woods (Glasgow, Andrea) (Entered: 09/20/2023) |
| 09/20/2023 | 166 | WITNESS LIST by USA as to David Michael Woods (Glasgow, Andrea) (Entered: 09/20/2023) |
| 09/21/2023 | 167 | NOTICE *SECOND PURSUANT TO Rule 902(11)* as to David Michael Woods (Attachments: # 1 Affidavit Heider Phone Download Certification)(Glasgow, Andrea) (Entered: 09/21/2023) |
| 09/21/2023 | 170 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Final Pretrial Conference as to David Michael Woods held on 9/21/2023. (Court Reporter Kelli Mulcahy.) (bp) (Entered: 09/21/2023) |
| 09/21/2023 | 173 | WITNESS LIST by Defendant as to David Michael Woods. (rm) (Entered: 09/21/2023) |
| 09/22/2023 | 175 | EXHIBIT LIST *FIRST AMENDED* by USA as to David Michael Woods (Glasgow, Andrea) (Entered: 09/22/2023) |

| 09/25/2023 | 177 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Final Pretrial Conference as to David Michael Woods held on 9/25/2023. (Court Reporter Kelli Mulcahy.) (bp) (Entered: 09/25/2023) |
|---|---|---|
| 09/25/2023 | 178 | Peremptory Challenges as to David Michael Woods (bp) (Entered: 09/25/2023) |
| 09/25/2023 | 179 | Preliminary Jury Instructions as to David Michael Woods (bp) (Entered: 09/25/2023) |
| 09/25/2023 | 180 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Voir Dire and Day 1 of Jury Trial held on 9/25/2023 as to David Michael Woods. (Court Reporter Kelli Mulcahy.) (bp) (Entered: 09/25/2023) |
| 09/26/2023 | 181 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: 2nd day of Jury Trial as to David Michael Woods held on 9/26/2023. (Court Reporter Kelli Mulcahy.) (bp) (Entered: 09/26/2023) |
| 09/26/2023 | 182 | JURY VERDICT as to David Michael Woods (1) Guilty on Counts 1–2,3,5. (bp) (Entered: 09/26/2023) |
| 09/26/2023 | 183 | SEALED JURY VERDICT as to David Michael Woods (1). (bp) (Entered: 09/26/2023) |
| 09/26/2023 | 184 | WITNESS LIST from jury trial as to David Michael Woods. (bp) (Entered: 09/26/2023) |
| 09/26/2023 | 185 | EXHIBIT LIST from jury trial as to David Michael Woods. (bp) (Entered: 09/26/2023) |
| 09/26/2023 | 186 | EXHIBITS RECEIVED by Andrea Leigh Glasgow (bp) (Entered: 09/26/2023) |
| 09/26/2023 | 187 | Final Jury Instructions as to David Michael Woods (bp) (Entered: 09/26/2023) |
| 09/28/2023 | 188 | ORDER Concerning Presentence Investigation and Submission of Sentencing Materials as to David Michael Woods. Signed by Chief Judge Stephanie M. Rose on 9/28/2023. (mkh) (Entered: 09/28/2023) |
| 09/28/2023 | 189 | TEXT ORDER SETTING SENTENCING as to David Michael Woods. Sentencing is set for 1/16/2024 at 02:00 PM in Davenport – Room 120 – 1st Floor before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 9/28/2023. (mkh) (Entered: 09/28/2023) |
| 10/06/2023 | 191 | MOTION for Leave to File under Seal *TRIAL EXHIBITS* by USA as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (Glasgow, Andrea) (Entered: 10/06/2023) |
| 10/06/2023 | 192 | TEXT ORDER denying without prejudice 191 Government's Motion for Leave to File Government's Response to Defendant's Motion to Suppress Under Seal as to David Michael Woods. The Court denies the Motion 191 without prejudice. The Court notes the Motion 191 requests leave to file a response to a motion to suppress. The Court notes there is no pending motion to suppress and, therefore, this Motion 191 is denied without prejudice. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 10/6/2023. (cmb) (Entered: 10/06/2023) |
| 10/06/2023 | 193 | MOTION for Leave to File under Seal *TRIAL EXHIBITS (CORRECTED)* by USA as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. (Glasgow, Andrea) (Entered: 10/06/2023) |
| 10/06/2023 | 194 | TEXT ORDER granting 193 Government's Motion for Leave to File Trial Exhibits Under Seal as to David Michael Woods. The government is hereby granted leave to file under seal the exhibits specified in the motion. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 10/6/2023. (cmb) (Entered: 10/06/2023) |
| 10/10/2023 | 196 | MOTION for Extension *of Time to Provide Offense Conduct Statement* by USA as to David Michael Woods. Motions referred to Stephen B. Jackson, Jr. Responses due by 10/17/2023. (Glasgow, Andrea) (Entered: 10/10/2023) |
| 10/10/2023 | 197 | TEXT ORDER granting 196 Government's Motion to Extend Time for Government to Submit Its Offense Conduct Statement as to David Michael Woods. Pursuant to LR 7(e), the Court determines that the Motion 196 is noncontroversial and the Court may elect to rule on the motion without waiting for a resistance or response. The deadline |

| | | |
|---|---|---|
| | | for the government to submit the offense conduct statement is October 12, 2023. Signed by Magistrate Judge Stephen B. Jackson, Jr. on 10/10/2023. (cmb) (Entered: 10/10/2023) |
| 10/16/2023 | 198 | ELECTRONIC EXHIBITS *as to Jury Trial* as to David Michael Woods re 180 Voir Dire (Day 1 of Jury Trial), 181 Jury Trial (Day 2 through last day) (Glasgow, Andrea) (Entered: 10/16/2023) |
| 10/20/2023 | 199 | PRO SE MOTION for New Trial as to David Michael Woods. Responses due by 10/27/2023. (rm) (Entered: 10/20/2023) |
| 10/26/2023 | 200 | RESPONSE in Opposition/Resistance by USA as to David Michael Woods re 199 MOTION for New Trial Replies due by 11/2/2023. (Glasgow, Andrea) (Entered: 10/26/2023) |
| 11/17/2023 | 201 | PRO SE REPLY TO RESPONSE to Motion by David Michael Woods re 199 MOTION for New Trial. (rm) (Entered: 11/20/2023) |
| 11/22/2023 | 203 | PRESENTENCE INVESTIGATION REPORT DRAFT (Sealed) as to David Michael Woods (Attachments: # 1 DEFENSE First Letters, # 2 GOVT First Letters)(Peterson, Laura) (Entered: 11/22/2023) |
| 12/03/2023 | 204 | NO OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 203 as to David Michael Woods. (Glasgow, Andrea) (Entered: 12/03/2023) |
| 12/04/2023 | 205 | ORDER denying 199 Defendant's Motion for New Trial as to David Michael Woods. See Order for details. A copy of this Order was mailed to Defendant at address listed on docket by Chambers. Signed by Chief Judge Stephanie M. Rose on 12/4/2023. (mne) (Entered: 12/04/2023) |
| 12/08/2023 | 206 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 203 as to David Michael Woods. (rm) (Entered: 12/08/2023) |
| 01/02/2024 | 207 | PARTIAL TRANSCRIPT of Proceedings – Testimony of Riley Childers – as to David Michael Woods re 181 Jury Trial held on September 26, 2023, before Judge Stephanie M. Rose. Page No(s): 1 – 12. Court Reporter Kelli Mulcahy, Telephone number (515)284–6219. Transcript may be viewed at court public terminal or purchased through Court Reporter before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 1/26/2024. Redacted Transcript Deadline set for 2/5/2024. Release of Transcript Restriction set for 4/4/2024. (kmm) (Entered: 01/02/2024) |
| 01/03/2024 | 208 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to David Michael Woods (Peterson, Laura) (Entered: 01/03/2024) |
| 01/08/2024 | 209 | Preliminary MOTION for Forfeiture of Property by USA as to David Michael Woods. Responses due by 1/16/2024. (Attachments: # 1 Text of Proposed Order)(Gaumer, Craig) (Entered: 01/08/2024) |
| 01/10/2024 | 214 | SENTENCING MEMORANDUM/BRIEF by USA as to David Michael Woods (Attachments: # 1 Exhibit 200A)(Glasgow, Andrea) (Entered: 01/10/2024) |
| 01/11/2024 | 217 | ORDER granting 209 Motion for Preliminary Order of Forfeiture as to David Michael Woods. Signed by Chief Judge Stephanie M. Rose on 1/11/2024. (mkh) (Entered: 01/11/2024) |
| 01/16/2024 | 218 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Sentencing held on 1/16/2024 for David Michael Woods (1), Counts 1, 2, 3 & 5. Defendant is sentenced to the custody of the BOP for a term of 1,200 months, consisting of 360 months as to Count One, 360 months as to Count Two, 240 months as to Count Three, and 240 months as to Count Five, to be served consecutively with each other. Upon release, Defendant shall serve a term of 10 years of supervised release as to each of Counts 1, 2, 3, and 5, all to be served concurrently. $400 Special Assessment ($100 per count). $2,500 AVAA Assessment. (Court Reporter Kelli Mulcahy.) (bp) (Entered: 01/16/2024) |
| 01/16/2024 | 219 | JUDGMENT IN A CRIMINAL CASE as to David Michael Woods (1), Counts 1, 2, 3 & 5. Defendant is sentenced to the custody of the BOP for a term of 1,200 months, consisting of 360 months as to Count One, 360 months as to Count Two, 240 months |

| | | |
|---|---|---|
| | | as to Count Three, and 240 months as to Count Five, to be served consecutively with each other. Upon release, Defendant shall serve a term of 10 years of supervised release as to each of Counts 1, 2, 3, and 5, all to be served concurrently. $400 Special Assessment ($100 per count). $2,500 AVAA Assessment. Signed by Chief Judge Stephanie M. Rose on 1/16/2024. (bp) (Entered: 01/16/2024) |
| 01/16/2024 | 220 | Sealed Judgment in a Criminal Case as to David Michael Woods. (bp) (Entered: 01/16/2024) |
| 01/16/2024 | 221 | PRO SE ORAL MOTION for Leave to Appeal In Forma Pauperis and Appoint the Federal Defender's Office for Appeal as to David Michael Woods. (bp) Modified on 1/17/2024 (bp – added "ORAL"). (Entered: 01/16/2024) |
| 01/16/2024 | 222 | CJA 23 Financial Affidavit as to David Michael Woods. (bp) (Entered: 01/16/2024) |
| 01/16/2024 | 223 | PRO SE NOTICE OF APPEAL by David Michael Woods re 219 Judgment. (bp) (Entered: 01/16/2024) |
| 01/16/2024 | 224 | ELECTRONIC EXHIBITS *Exhibit 200* as to David Michael Woods re 218 Sentencing,, (Glasgow, Andrea) (Entered: 01/16/2024) |
| 01/19/2024 | 228 | NOTIFICATION OF APPEAL and NOA Supplement by District Court Clerk to USCA as to David Michael Woods re 223 Notice of Appeal – Final Judgment filed on 1/16/2024 (bp) (Entered: 01/19/2024) |

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
v1                     Sheet 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> **v.** <br> David Michael Woods | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JUDGMENT IN A CRIMINAL CASE**

Case Number:  3:22-CR-00036-001

USM Number:  96587-509

David Michael Woods and Terence L. McAtee
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☑ was found guilty on count(s)   One, Two, Three, and Five of the Indictment filed on April 13, 2022.
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2251(a), 2251(e) | Production of Child Pornography | 01/18/2021 | 1 |
| 18 U.S.C. § 2251(a), 2251(e) | Production of Child Pornography | 09/30/2020 | 2 |
| 18 U.S.C. § 2252(a)(2), 2252(b)(1) | Distribution of Child Pornography | 01/18/2021 | 3 |
| 18 U.S.C. § 2252(a)(4)(B), 2252(b)(2) | Possession of Child Pornography | 06/09/2021 | 5 |

☐ See additional count(s) on page 2

    The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 16, 2024
Date of Imposition of Judgment

Signature of Judge

Stephanie M. Rose, Chief U.S. District Judge
Name of Judge                               Title of Judge

January 16, 2024
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
v1                      Sheet 2 — Imprisonment

Judgment Page: 2 of 8

DEFENDANT:  David Michael Woods
CASE NUMBER:  3:22-CR-00036-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

1,200 months, consisting of 360 months as to Count One, 360 months as to Count Two, 240 months as to Count Three, and 240 months as to Count Five of the Indictment filed on April 13, 2022, to be served consecutively with each other.

☑  The court makes the following recommendations to the Bureau of Prisons:

The Court recommends placement at FCI Coleman, Florida; FCI Marianna, Florida; FCI Seagoville, Texas; FCI Milan, Michigan; or at a facility as close as possible to the state of Florida, to be near family, if commensurate with his security classification and needs.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____  ☐ a.m.  ☐ p.m.   on _____

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before _____  on _____

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release
v1

DEFENDANT:  David Michael Woods                                    Judgment Page: 3 of 8
CASE NUMBER: 3:22-CR-00036-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

Ten years as to each of Counts One, Two, Three, and Five of the Indictment filed on April 13, 2022, all to be served concurrently.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
     ☐ The above drug testing condition is suspended, based on the court's determination that you
        pose a low risk of future substance abuse. *(check if applicable)*
4.   ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of
        restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☑ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*)
     as  directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work,
        are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
v1                     Sheet 3A — Supervised Release

DEFENDANT:  David Michael Woods                                          Judgment Page: 4 of 8
CASE NUMBER:  3:22-CR-00036-001

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature  _____    Date  _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

v1

DEFENDANT: David Michael Woods
CASE NUMBER: 3:22-CR-00036-001

Judgment Page: 5 of 8

## SPECIAL CONDITIONS OF SUPERVISION

You must submit to a mental health evaluation. If treatment is recommended, you must participate in an approved treatment program and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment and/or compliance with a medication regimen. You will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment.

You must participate and follow the rules of a sex offense-specific treatment program, as directed by the U.S. Probation Officer. Participation may include inpatient/outpatient treatment and/or compliance with a medication regimen. You must contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment. Sex offense-specific treatment shall be conducted by therapists approved by the U.S. Probation Office, who shall release all reports to the U.S. Probation Office.

You must submit to periodic polygraph testing, as directed by the U.S. Probation Office, to ensure that you are in compliance with the requirements of your supervision or treatment program. You will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment. Polygraph testing will be conducted by polygraph examiners approved by the U.S. Probation Office, who will release all reports to the U.S. Probation Office. The results of polygraph examinations will not be used for the purpose of revocation of supervised release or probation. As used in this paragraph, "the results" that will not be used in a revocation hearing are the polygraph examiner's ultimate opinions or findings regarding whether deception or a significant response has been detected during the examination. Any statements made by you during the polygraph examination during pre-examination or post-examination interview(s) may be used in any manner, including to generate separate leads or investigations, at a revocation hearing. Failure to answer questions during the polygraph examination may be grounds for revocation, unless you choose not to answer any questions perceived or deemed incriminating, which may then be referred to the Court for resolution.

You must refrain from associating with anyone engaged in the exploitation of minors whether known or unknown to local, state, or federal law enforcement,

You may not possess any type of camera (to include cameras within cellular telephones) or video recording device without the prior approval of the U.S. Probation Officer.

You must not have any direct contact (personal, electronic, mail, or otherwise) with any child you know or reasonably should know to be under the age of 18, including in employment, without the prior approval of the U.S. Probation Officer. If contact is approved, you must comply with any conditions or limitations on this contact, as set forth by the U.S. Probation Officer. Any unapproved direct contact must be reported to the U.S. Probation Officer within 24 hours. Direct contact does not include incidental contact during ordinary daily activities in public places.

You must not contact Minor Victim 1, nor Minor Victim 1's family, without prior permission from the U.S. Probation Officer.

You must not initiate contact with Minor Victim 2, without prior permission from the U.S. Probation Officer.

You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, artwork, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256). You must not correspond with anyone in the business of providing such material or enter adult entertainment venues where sexually explicit conduct is the primary product(s) for purchase or viewing.

You must not use or possess any internet capable device without the approval of the U.S. Probation Officer. If the use of an internet capable device is approved by the U.S. Probation Officer, you must permit third party disclosure to any potential co-user, employer, or potential employer concerning any computer/internet related restrictions that are imposed upon you.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
v1                      Sheet 3C — Supervised Release

DEFENDANT: David Michael Woods                                    Judgment Page: 6 of 8
CASE NUMBER: 3:22-CR-00036-001

## ADDITIONAL SPECIAL CONDITIONS OF SUPERVISION

If approved by the U.S. Probation Officer to use or possess computers (as defined in 18 U.S.C. § 1030(e)(1)), internet capable devices, cellular telephones, and other electronic communications or data storage devices or media, you must submit your devices to unannounced examinations/searches, and possible removal for a more thorough inspection.  You must allow the installation of monitoring hardware and software on such equipment, abide by and cooperate in supplemental conditions of monitoring, and pay the costs associated with this service, as directed by the U.S. Probation Officer.  You must notify third parties who use these devices that the devices are subject to monitoring and/or unannounced examinations.

You must comply with all sex offender laws for the state in which you reside and must register with the local sheriff's office within the applicable time frame.

You will submit to a search of your person, property, residence, adjacent structures, office, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), and other electronic communications or data storage devices or media, conducted by a U.S. Probation Officer.  Failure to submit to a search may be grounds for revocation.  You must warn any other residents or occupants that the premises and/or vehicle may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your release and/or that the area(s) or item(s) to be searched contain evidence of this violation or contain contraband.  Any search must be conducted at a reasonable time and in a reasonable manner.  This condition may be invoked with or without the assistance of law enforcement, including the U.S. Marshals Service.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
v1              Sheet 5 — Criminal Monetary Penalties

DEFENDANT:  David Michael Woods                              Judgment Page: 7 of 8
CASE NUMBER:  3:22-CR-00036-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

☐   Pursuant to 18 U.S.C. § 3573, upon the motion of the government, the Court hereby remits the defendant's Special Penalty
      Assessment; the fee is waived and no payment is required.

|        | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|--------|-----------|-------------|------|------------------|-------------------|
| TOTALS | $ 400.00  | $0.00       | $ 0.00 | $ 2,500.00     | $ 0.00            |

☐   The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered
      after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

      If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in
      the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid
      before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---------------|---------------|---------------------|------------------------|
|               |               |                     |                        |

| TOTALS | | $0.00 | $0.00 | |

☐   Restitution amount ordered pursuant to plea agreement   $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the
      fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject
      to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

      ☐   the interest requirement is waived for the    ☐ fine   ☐ restitution.

      ☐   the interest requirement for the    ☐ fine   ☐ restitution is modified as follows:

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed
on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
v1                     Sheet 6 — Schedule of Payments

DEFENDANT:  David Michael Woods                                    Judgment Page: 8 of 8
CASE NUMBER:  3:22-CR-00036-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☑  Lump sum payment of $ __2,900.00__ due immediately, balance due

       ☐  not later than _____ , or
       ☑  in accordance   ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
    term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
    imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

    All criminal monetary payments are to be made to:
    Clerk's Office, United States District Court, P.O. Box 9344, Des Moines, IA 50306-9344.

    While on supervised release, you shall cooperate with the United States Probation Office in developing a monthly payment plan,
    which shall be subject to the approval of the Court, consistent with a schedule of allowable expenses provided by the United
    States Probation Office.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All crimnal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Case Number
    Defendant and Co-Defendant Names                        Joint and Several          Corresponding Payee,
    *(including defendant number)*         Total Amount              Amount            if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☑  The defendant shall forfeit the defendant's interest in the following property to the United States:

    An LG G7 ThinQ Cell Phone, as outlined in the Preliminary Order of Forfeiture entered on January 11, 2024.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

United States District Court
The Southern District of Iowa
at Davenport, Iowa

RECEIVED

United States of America          )
   Plaintiff                      )     Case No 3-22-CR-36   JAN 16 2024
      vs                          )
David Michael Woods               )     CLERK U.S. DISTRICT COURT
   Defendant                      )     SOUTHERN DISTRICT OF IOWA
                                  )     Motion To File an Appeal
                                  )

Comes now defendant, David Michael Woods, Pro Se with his notice To file an appeal. Defendant is appealing The conviction, the Sentence, Pre-Trial motions, and other all other issues That The defendant can appeal.

   The Defendant is unable To pay appeal costs and asks the Court To assign an appeals lawyer in forma pauperis.

   The Defendant requests the Clerk immediately prepare and file the notice of appeal on the defendant's behalf.

☒     Defendant Does wish To appeal         ⊗

☐     Defendant Does not wish To appeal


Thank you for your Time                        No Phone
                                               No Email
                    1-16-24

David Woods

David Michael Woods                    Muscatine County Jail
   Defendant                           David Michael Woods #32174
                                       400 Walnut Street
                                       Muscatine, Iowa 52761

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF IOWA**

# Notice of Appeal Supplement

Case Name: _____ vs. _____

District Court Case Number: _____

Appeal Fee (505.00) Status:  Pd _____ IFP _____ Pending _____ Government Appeal _____

Counsel: Appointed _____ CJA _____ Retained _____ Pro Se _____ Pro Bono _____ FPD _____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel _____ Pro Se _____

Any reason why counsel should not be appointed: _____

Certificate of Appealability: Denied _____ Granted _____ Not Issue _____

Pending post Judgment motions: Yes _____ No _____

If so, type of motion(s) and docket entry number:

_____

High Public Interest Case: Yes _____ No _____

Simultaneous Opinion release Requested: Yes _____ No _____

Trial Held: Bench _____ Jury _____ No _____

Court Reporter: Yes _____ No _____

Reporter's Name: _____

Appealing: Order prior to final judgment ____ or final judgment _____

***File this form with the Notice of Appeal***